Betty Jane Melvin, Plaintiff-Appellee, v. Oliver V. Melvin, Defendant-Appellant, and Vera L. Oltmanns, Defendant.

Gen. No. 68–9.

Second District.

May 9, 1968.

Reid, Ochsenschlager, Murphy & Hupp, of Aurora (Lambert Ochsenschlager, of counsel), for appellants; Miller, Gorham, Wescott & Adams, of Chicago, and Williams, McCarthy, Kinley & Rudy, of Rockford, for appellee. Opinion by JUSTICE ABRAHAMSON. Not to be published in full.